

# NUMBER 13-23-00318-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CRIZELDA VIVIANA LITIF,                                                        Appellant,

v.

INFINITY JIMENEZ,                                                              Appellee.

## On appeal from the County Court at Law No. 10
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Silva, and Peña**
**Memorandum Opinion by Justice Longoria**

This cause is before the Court on a joint motion to dismiss the appeal. According to the motion, the parties have resolved the matter before the Court to their satisfaction and request the case to be dismissed. Additionally, the parties jointly request that the Court assess costs to the party that incurred them.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the case is hereby reinstated, the joint motion is granted, and the appeal is dismissed. In accordance with the joint motion and the apparent agreement between the parties, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d). Because the appeal is dismissed at parties' request, no motion for rehearing will be entertained.

Furthermore, appellant's motion to supplement the record which was previously carried with the case is now denied as moot.

NORA L. LONGORIA
Justice

Delivered and filed on the
15th day of February, 2024.